UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                    Bankr. Case No. 13-43377

Crystal Lynn Tajalle                                              Chapter 13
      Debtor(s)

**REQUEST FOR NOTICE**


    Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC
        c/o BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011



        BK Servicing, LLC


By  /s/ Ed Gezel

        Ed Gezel, Agent
        BK Servicing, LLC
        PO Box 131265
        Roseville, MN  55113-0011
        651-366-6390
        notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on July 17, 2013 :

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA  94566

By  /s/ Ed Gezel, Agent
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
     Ed Gezel

503318