1  Arnold L. Graff (SBN 269170)
   agraff@aldridgepite.com
2  Joseph C. Delmotte (SBN 259460)
   jdelmotte@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
6
7  Attorneys for
   Wells Fargo Bank, N.A.

8
9
10
11                    **UNITED STATES BANKRUPTCY COURT**

12           **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>CRYSTAL LYNN TAJALLE,<br><br>Debtor. | Case No. 13-43377-CN<br><br>Chapter 13<br><br>R.S. No. ALG-302<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br><u>Hearing</u>:<br>Date: September 23, 2016<br>Time: 10:00 a.m.<br>Place: 215<br><br>1300 Clay Street<br>Oakland, CA 94612 |

   Wells Fargo Bank, N.A. ("Movant or Creditor") [1] will and hereby does move, pursuant to

11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order

---

[1] This Motion for Relief from Automatic Stay shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in this proceeding. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 2198 Megan Drive, Oakley, California 94561 ("Property").

Debtor executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

This Motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

ALDRIDGE PITE, LLP

Dated: August 16, 2016

/s/ Arnold L. Graff
ARNOLD L. GRAFF
Attorneys for Movant Wells Fargo Bank, N.A.

- 2 -　　CASE NO. 13-43377-CN

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Case: 13-43377　Doc# 49　Filed: 08/16/16　Entered: 08/16/16 16:54:56　Page 2 of 2