UNITED STATES BANKRUPTCY COURT
Northern District of California

| In re: CRYSTAL LYNN TAJALLE,<br><br>Debtor(s) | Bankruptcy No.: 13-43377-CN<br>R.S. No.: ALG-302<br>Hearing Date: September 23, 2016<br>Time: 10:00 a.m. |
|---|---|

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

| (A) Date Petition Filed: June 11, 2013 | Chapter: 13 |
|---|---|
| Prior hearings on this obligation: | Last Day to File §523/§727 Complaints: |

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $
Contract Balance: $
Monthly Payment: $
Insurance Advance: $

Source of value:
Pre-Petition Default: $
No. of months:
Post-Petition Default: $
No. of months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 2198 Megan Drive, Oakley, California 94561

| Fair market value: $300,000.00 | Source of value: Debtor(s) Bankruptcy Schedules A & D<br><br>If appraisal, date: |
|---|---|

Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

| Approx. Bal. $291,565.44<br>As of (date): August 4, 2016<br>Mo. payment: $ 2,168.42<br>Notice of Default (date): March 12, 2013<br>Notice of Trustee's Sale: | Pre-Petition Default: $22,033.00<br>No. of months: 10<br>Post-Petition Default: $7,747.09<br>No. of months: 4<br>Advances Senior Liens: $ |
|---|---|

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $291,565.44 | $2,168.42 | $29,780.09 |
| 2nd Trust Deed: | $ | $ | $ |
|  | $ | $ | $ |
|  | $ | $ | $ |
| Costs of Sale (8%) | $24,000.00 | $ | $ |
|  | (Total) $315,565.44 | $2,168.42 | $29,780.09 |

(D) Other pertinent information:
    [ ] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.
    [ ] Loan modification initiated by borrower, but was closed on __/__/__ for failure to provide required documentation.
    [x] Loan modification prior to bankruptcy and/or prior to the date the motion is filed.
        [ ] Loan modification: Debtor's request is pending.    [ ] Loan modification: Modification in trial period.
        [ ] Loan modification: No decision yet.    [x] Loan modification: Denied in writing (attached hereto)

| Dated: August 16, 2016 | /s/ Arnold L. Graff<br>Signature<br>ARNOLD L. GRAFF<br>Print or Type Name<br>Attorney for Wells Fargo Bank, N.A. |
|---|---|

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 10368
DES MOINES IA 50306 0368



01/25/13

1AT

CRYSTAL TAJALLE
2198 MEGAN DRIVE
OAKLEY, CA  94561 3959

| Account Information | |
|---|---|
| Online: | wellsfargo.com |
| Fax: | (866) 278 1179 |
| Telephone: | (800) 416 1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon  Fri, 8 AM  11 PM |
| | Sat, 9 AM  3 PM CT |
| Loan Number: | |
| Property Address: | 2198 Megan Drive |
| | Oakley CA 94561 |

Subject: Your request for mortgage payment assistance
Note: We service your mortgage on behalf of your investor, Federal Housing Administration.

Dear Crystal Tajalle:

We're responding to your request for mortgage assistance and the options that may be available to help you. We realize that the process can take some time, and we appreciate your patience while we review your options.

**Here's what we found**
We carefully reviewed the information you sent us and explored a number of mortgage assistance options. At this time, you do not meet the requirements of the program because:

The terms of your mortgage assistance program have not been followed. We have not received the payments we requested from you within the required timeframe.

Please note: the information above is the primary reason that you are not eligible for mortgage assistance, however there may be other reasons related to the decision. If you have any questions about our decision, please call your Home Preservation Specialist at the number listed at the bottom of this letter.

**Your important next steps**
There may be other mortgage assistance options available to help you avoid a foreclosure sale. Please contact us to learn about the options listed below:
- If you're interested in staying in your home, you may be eligible for help through a different mortgage assistance program.
- If you cannot or prefer not to stay in your home:
    - If the present value of your home is higher than your mortgage balance, you can try to sell your home before the foreclosure sale takes place.
    - If your mortgage balance is higher than the present value of your home, you may want to consider what is known as a "short sale". This allows you to sell your home privately for an agreed-upon amount that is less than what you owe on your mortgage. To start the short sale process, it's important for you to work with us in advance to set the selling

HP001 708

Case: 13-43377    Doc# 49-1    Filed: 08/16/16    Entered: 08/16/16 16:54:56    Page 2 of 4



**Property Address:** 2198 Megan Drive
Oakley CA 94561

        price.
- The remaining option is a deed in lieu of foreclosure. You can voluntarily deed your property to Wells Fargo, transferring ownership of your home to us.

**What you need to know about foreclosure**
We will continue to work with you to help you avoid a foreclosure sale. However, please understand that if your mortgage has been referred to foreclosure, that process moves forward at the same time. Also, as part of the foreclosure process, you may receive notices from a third-party attorney delivered by mail, or see steps being taken to proceed with a foreclosure sale of your home.

**Call us now**
We must hear from you. In order for us to help you, it's critical that you contact us immediately to discuss your options. Please call the phone number listed below.

Sincerely,

*Jeff Kruse*
Jeff Kruse
Home Preservation Specialist
Wells Fargo Home Mortgage
Ph:
Fax:

---

**Struggling with other expenses? Help is available.**

Sometimes customers have trouble keeping up with their monthly expenses, other than their mortgage payments. If this is happening to you, help is available at no cost from a HUD-approved, non-profit credit counseling agency. Simply call a counselor who will work closely with you to lower your other monthly payments, take your financial circumstances into consideration, and create a budget plan to work for you. To find an agency in your neighborhood, call 1-800-569-4287 or call the HOPE Hotline at 1-888-995-HOPE.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

---

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1 877 FTC HELP or www.ftc.gov.

HP001 708

| Account Information |
|---|
| **Loan Number:** ▮▮▮▮▮▮▮ |
| **Property Address:** 2198 Megan Drive Oakley CA 94561 |

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex or marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010 9050.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N. A. © 2013 Wells Fargo Bank, N. A. All rights reserved. Equal Housing Lender. NMLSR ID 399801

HP001 708